**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**


IN RE: 36TH JUDICIAL DISTRICT : No. 34 WM 2020
(BEAVER COUNTY) :
                                                                        :

## ORDER


**PER CURIAM**

    **AND NOW**, this 29th day of June, 2021, the "Application for Continued Modification of Statewide Court Rules" is GRANTED, IN PART. The President Judge of the 36th Judicial District is authorized to suspend statewide rules that restrict the use of advanced communication technology (ACT) in court proceedings through August 31, 2021. Judges shall be present in the courthouse, judicial center, or other court facility whenever a proceeding is being conducted by ACT, except for extraordinary circumstances, such as when court properties have been closed due to inclement weather or other emergency under Pa.R.J.A. Nos. 1950-1954, or when a proceeding is not being conducted during normal business hours.

    In all other respects, the Application is DENIED.